IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ANNE ALEXANDRA SEARS          )
                              )
v.                            ) NO. 3:08-0338
                              ) JUDGE CAMPBELL
ACTING GENERAL SERVICES       )
ADMINISTRATION ADMINISTRATOR  )
PAUL F. PROUTY, et al.        )


ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket

No. 70) and Objections filed by the Plaintiff (Docket Nos. 76 and 77).

The Court has reviewed the Report and Recommendation, the Objections, and the file.  The

Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and

approved.[1]

Accordingly, the Motion to Dismiss filed by the Federal Defendants (Docket No. 13) is

GRANTED, and all claims against Defendants Prouty, Whipple, Geithner, Shulman, Wolff, Doll,

Hadden, McPhie, Rose, Spain, Natolitano, Esposito, Bergeron, and Holder are DISMISSED.

Plaintiff's Motion for Partial Summary Judgment (Docket No. 30) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1]     Plaintiff's arguments concerning the standard the Court must use on a motion to dismiss are incorrect, in light of the Supreme Court's decision in *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955 (2007).